# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA BLACKELK HOULE,<br><br>Defendant. | Case No. CR 19-25-GF-BMM<br><br>ORDER ALLOWING VIDEO APPEARANCE |

Defendant Dakota BlackElk Houle, having filed an Unopposed Motion to Appear via video;

IT IS HEREBY ORDERED that the Defendant shall appear via video from the Crossroads Correctional Center (Core Civic Facility) in Shelby, Montana, at his Sentencing Hearing which is scheduled for Wednesday, November 18, 2020, at 11:00 a.m.

DATED this 2nd day of October, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court